IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

V.                              NO. 4:13CR00319-02-KGB

CURTIS GAINES                                                           DEFENDANT

## ORDER

The Court has requested and received a transcript of the detention hearing held on April 11, 2014. The Clerk of the Court is hereby directed to issue a check to Robin Warbritton, Transcriptionist, in the amount of $130.35. A copy of the invoice for transcription services is attached.

IT IS SO ORDERED this 1st day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

## ORIGINAL
## INVOICE

TO: UNITED STATES DISTRICT COURT

INVOICE DATE: April 29, 2014      INVOICE NO.: USDC12-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-009

TRANSCRIPT OF: Detention Hearing

Case Name: *USA v. Curtis Gaines*

Case No.: 4:13-CR-00319-02-KGB

Hearing Date: 4/11/2014

Presiding Judicial Officer: Honorable Beth Deere

Transcript Type: **7-day Expedited**
Transcript Order Date: 4/22/2014
Transcript Order and Recording Received by Transcriber Date: 4/23/2014
Transcript Order Due Date: 4/30/2014 (7 days from receipt of recording & transcript order)
Transcript Completed/Delivery Date: 4/30/2014 (Via Courier Service to Ms. Suzy Flippen)

| | |
|---|---|
| 33 pages @ $3.95 per page (7 day expedited rate) | $130.35 |
| TOTAL DUE | $130.35 |

**REMIT TO:**
Robin Warbritton
20 Liberty Road
Vilonia, AR 72173
(501) 796-6560
TIN: *****0725
rwarbritton@yahoo.com
Contract No: USDC-ARE-12-001