**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | **PLAINTIFF** |
| V. | NO. 4:13CR00319-02-KGB | |
| **CURTIS GAINES** | | **DEFENDANT** |

## ORDER

Before the Court is defendant Curtis Gaines's motion to suppress introduction of evidence (Dkt. No. 52). The Court will conduct a hearing regarding Mr. Gaines's motion on Thursday, June 19, 2014, at 1:30 p.m. in Courtroom 4C at the Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, 72201.

IT IS SO ORDERED this 10th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE