# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                            PLAINTIFF

V.           Case No. 4:13-cr-00319-02-KGB

CURTIS GAINES                                       DEFENDANT

## ORDER

Before the Court is Steven R. Davis's motion to withdraw as attorney of record for defendant Curtis Gaines (Dkt. No. 96). For good cause shown, Mr. Davis's motion is granted. Mr. Davis is no longer assigned as counsel of record for Mr. Gaines. CJA Panel Member R. Brannon Sloan, Jr., is hereby appointed as counsel for Mr. Gaines.

IT IS SO ORDERED this 5th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE